# UNITED STATES DISTRICT COURT
# DISTRICT OF MONTANA
# BUTTE DIVISION

_____

| | |
|---|---|
| FREEMAN WILLIAM STANTON,, | JUDGMENT IN A CIVIL CASE |
| | Case No. CV 17-01-BU-DLC-JCL |
| Petitioner, | |
| vs. | |
| LEROY KIRKEGARD, et al., | |
| Respondents. | |

_____

**Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

**X** **Decision by Court.** This action came before the Court for bench trial, hearing, or determination on the record. A decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondents and against Petitioner and that this action is DISMISSED.

Dated this 21st day of April, 2017.

TYLER P. GILMAN, CLERK

By: /s/ T. Gesh
T. Gesh, Deputy Clerk